UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 10-cr-06-GFVT |
| Plaintiff, | ) | Related Civil No. 16-125-GFVT |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| DIANA WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court pending review of the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman, filed on July 8, 2016. [R. 377.] On June 24, 2016, this Court construed a letter from Defendant Diana Wilson, which inquired about a possible sentence reduction pursuant to *Johnson v. United States*, ___ U.S. ___, 135 S. Ct. 2251 (2015), and *Welch v. United States*, ___ U.S. ___, 136 S. Ct. 1257 (2016), as a motion to vacate her sentence under 28 U.S.C. § 2255. [See R. 372.] Consistent with local practice, Magistrate Judge Wehrman's Report and Recommendation addresses Ms. Wilson's construed § 2255 habeas petition.

After considering the record, Judge Wehrman determined that Ms. Wilson is not entitled to the relief sought under the *Johnson* case. Specifically, Judge Wehrman explained that there is no indication that Ms. Wilson was ever found to be a career offender under the Armed Career Criminal Act's residual clause, or any other provision of that law. [R. 377 at 3.] Accordingly, *Johnson* does not provide Ms. Wilson with any basis for relief.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no

objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has considered the record, and it ultimately agrees with the Magistrate Judge's recommendation regarding the applicability of *Johnson* to Ms. Wilson's case. Furthermore, the Court declines to issue a certificate of appealability. The Court determines that reasonable jurists would not find the denial of Wilson's construed § 2255 motion debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

1.      Magistrate Judge Wehrman's Report and Recommendation [R. 377] as to Diana Wilson is **ADOPTED** as and for the opinion of the Court;

2.      Ms. Wilson's construed petition for habeas corpus relief pursuant to § 2255 is **DENIED**;

3.      A Certificate of Appealability is **DENIED**; and

4.      **JUDGMENT** in favor of the United States will be entered contemporaneously herewith, and Civil No. 16-125-GFVT shall be **STRICKEN** from the Court's active docket.

This the 9th day of August, 2016.

Gregory F. Van Tatenhove
United States District Judge